IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ISAAC MONTAÑO,**

      **Plaintiff,**

**v.**                                                                                  No.   **1:15-cv-00415 KG-KBM**

**CORIZON, LLC; LISA STABER, M.D.,
MARTIN TRUJILLO, M.D.; JOHN DOE
MEDICAL PROVIDERS 1-3; JOHN/JANE DOE
MEDICAL STAFF 4-10;**

      **Defendants.**

**STIPULATION OF DISMISSAL WITH PREJUDICE
OF DEFENDANT MARTIN TRUJILLO, M.D.**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(B), the parties hereby stipulate to the dismissal

with prejudice of any and all claims which Plaintiff brought or could have brought in the above-

entitled action against Defendant, Martin Trujillo, M.D.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted

**REVO / SMITH LAW FIRM, LLC**


/s/ Roger I. Smith
ROGER SMITH
Attorney for Plaintiff
10400 Academy Road, NE
Suite 200
Albuquerque, NM 87111
PH:     505-293-8888
FAX:  505-323-1159
Email: rsmith@revosmithlaw.com


**CHAPMAN AND CHARLEBOIS, PC**


/s/ Nicole M. Charlebois (Approved – 02/16/2016)
NICOLE M. CHARLEBOIS
Attorneys for Defendant Dr. Mark E. Walden
Post Office Box 92438
Albuquerque, NM  87199
PH:     505-242-6000
FAX:  505-213-0561
Email: nicole@cclawnm.com

and

**SIMONE, ROBERTS & WEISS, PA**


/s/ Norman F. Weiss (Approved – 02/16/2016)
NORMAN F. WEISS
Attorneys for Defendant Corizon, Inc.,
and Katherine Armijo
11200 Lomas Boulevard, NE
Suite 210
Albuquerque, NM  87112
PH:     505-298-9400
FAX:  505-298-7070
Email: nweiss@srw-law.com

2