IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ISAAC MONTAÑO,

      Plaintiff,

v.                                                                    No.   1:15-cv-00415 KG-LF

CORIZON, LLC; LISA STABER, M.D.,
MARTIN TRUJILLO, M.D.; JOHN DOE
MEDICAL PROVIDERS 1-3; JOHN/JANE DOE
MEDICAL STAFF 4-10;

      Defendants.

## ORDER OF WITHDRAWAL

Pursuant to LR-CV 83.8(a) and the Unopposed Motion to Withdraw, the parties hereby stipulate to the Withdrawal of the Revo / Smith Law Firm, LLC (Roger I. Smith) as counsel of record for the Plaintiff in the above-entitled action.  Plaintiff will proceed *pro se*, and his contact information (address and telephone number) is:

    Guadalupe County Correctional Facility (GCCF)
    Isaac Montano, NMCD #34606
    GCCF H. 2. D. # 211
    Post Office Box 520
    Santa Rosa, NM  88435
    PH:  575-472-1001, Ext. 188
    Larry Roybal, Case Manager

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted

**REVO / SMITH LAW FIRM, LLC**

/s/ Roger I. Smith
ROGER SMITH
Attorney for Plaintiff
10400 Academy Road, NE
Suite 200
Albuquerque, NM 87111
PH:	505-293-8888
FAX:	505-323-1159
Email: rsmith@revosmithlaw.com

and

**SIMONE, ROBERTS & WEISS, PA**

/s/ Norman F. Weiss (Approved – 04/21/2016)
NORMAN F. WEISS
Attorney for Defendants
1700 Louisiana Boulevard, NE
Suite 240
Albuquerque, NM  87110
PH:	505-298-9400
FAX:	505-298-7070
Email: nweiss@srw-law.com