IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ISAAC MONTANO,

    Plaintiff,

v.                                            Case: 1:15-cv-00415 KG/LF

CORIZON, LLC; LISA STABER, M.D.,
JOHN DOE MEDICAL PROVIDERS 1-3 and
JOHN/JANE DOE MEDICAL STAFF 1-40,

    Defendants.

## STIPULATED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND COMPLAINT

This matter having come up on Plaintiff's Unopposed Motion to Amend Complaint, the Court having considered the motion and being further otherwise fully advised in the premises, FINDS it to be well taken. Now, therefore,

IT IS ORDERED that Plaintiff's Unopposed Motion to Amend Complaint be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall file his First Amended Complaint within ten (10) days of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE

PREPARED BY:
/s/ Nicholas T. Davis
Nicholas T. Davis
*Attorney for Plaintiff*

APPROVED BY:
*Approved by e-mail on 10/31/2017*
Michelle L. Blake
Norm Weiss
*Attorneys for Defendants*