IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ISAAC MONTANO,

    Plaintiff,

vs.                                                Civ. No. 15-0415 KG/LF

CORIZON, LLC; LISA STABER, M.D.; and
CENTURION CORRECTIONAL HEALTHCARE
OF NEW MEXICO, LLC,

    Defendants.

## ORDER DENYING MOTION TO STAY

THIS MATTER comes before the Court on Plaintiff Isaac Montaño's Motion to Stay Proceedings (Doc. 100), filed June 20, 2018. Defendant Centurion Corrections Healthcare of New Mexico filed its response on July 3, 2018. (Doc. 101). Defendants Corizon, LLC, and Lisa Staber, M.D., filed their response on July 6, 2018. (Doc. 102). Plaintiff filed his reply on July 12, 2018. (Doc. 103). Having reviewed the parties' submissions and being otherwise fully advised, the Court finds that the motion is moot at this time and will DENY it without prejudice.

Plaintiff filed the motion to stay over three months ago, requesting time to retain counsel, or in the alternative, to familiarize himself with the case to proceed *pro se*. (Docs. 100 and 103). During that time, the parties have had, and continue to have, informal negotiations and discussions of settlement. (Doc. 111). In addition, Plaintiff has had time to retain coiunsel and to familiarize himself with the case during that three month period.

IT IS, THEREFORE, ORDERED that Isaac Montaño's Motion to Stay Proceedings (Doc. 100) is DENIED without prejudice as moot.

                                                                         UNITED STATES DISTRICT JUDGE